# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| ANTHONY TERRELL COBB, | * | |
|---|---|---|
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-176 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | (Case No. 2:10-cr-34) |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 8. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, Anthony Cobb's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant 28 U.S.C. § 2255 is **DENIED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this ____ day of March, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)